**Fill in this information to identify the case:**

Debtor 1  Lindsay N Hubbard

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of Illinois
(State)

Case number  19-70066

Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  **12/16**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Carrington Mortgage Services, LLC      **Court Claim No.** (if known): 1-1

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX8769

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

|     | Description | Dates incurred | | Amount |
|-----|-------------|----------------|---|--------|
| 1.  | Late charges | | (1) | $0.00 |
| 2.  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3.  | Attorney fees | | (3) | $0.00 |
| 4.  | Filing fees and court costs | | (4) | $0.00 |
| 5.  | Bankruptcy/Proof of claim fees | 03/22/2019 Attorneys' fees for preparing and reviewing proof of claim | (5) | $325.00 |
| 6.  | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7.  | Property inspection fees | | (7) | $0.00 |
| 8.  | Tax advances (non-escrow) | | (8) | $0.00 |
| 9.  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Other. Specify: Attorneys' fees for reviewing plan and schedules | 02/07/2019 | (11) | $325.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1 <u>Lindsay N Hubbard</u>  Case number (if known) <u>1-1</u>

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X <u>/s/ Richard B. Aronow</u>  Date: <u>July 03, 2019</u>
   Signature

**Print:** <u>Richard       B         Aronow</u>  Title <u>Attorney for Creditor</u>
   First Name   Middle Name   Last Name

Company <u>Shapiro Kreisman & Associates, LLC</u>

Address <u>2121 Waukegan Road, Suite 301</u>
   Number       Street

<u>Bannockburn, IL   60015</u>
City                                   State    ZIP Code

Contact phone <u>(847) 291-1717</u>  Email _____

Case No:   19-70066

**UNITED STATES BANKRUPTCY COURT**

# Certificate of Service

**I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on**

Date:   July 03, 2019

Chapter 13 Trustee:  Marsha L Combs-Skinner

Trustee Address:  108 S Broadway, PO Box 349, Newman, IL 61942

Trustee Email:

Debtor's Counsel Name:  Jerry D Graham, Jr., JD Graham PC

Debtor's Counsel Address:  1 Eagle Center, Suite 3A, O'Fallon, IL 62269

Debtor's Counsel Email: court@jdgrahamlaw.com

Debtor 1 Name:  Lindsay N Hubbard

Debtor 2 Name:

Debtor's Mailing Address:  617 W. South 9th St, Shelbyville, IL 62565

Debtor Email:

/s/ Richard B. Aronow_____
Richard B Aronow